UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| JIMMY J. STAPLETON ) | |
| ) | |
| v. ) | NO. 2:05-CV-192 |
| ) | |
| WILLIAM A. KENNEDY, BOBBY ) | |
| RUSSELL and BARRY STABAUS ) | |

## ORDER

This is a prisoner's *pro se* civil rights action brought under 42 *U.S.C.* § 1983. On July 19, 2005, the Court entered an order, notifying the plaintiff of certain deficiencies in his lawsuit, specifically the omission of the filing fee or the documents required for pauper status. The plaintiff was forewarned that, unless he corrected the deficiencies in a timely manner, the Court would assume that he is not a pauper; assess the entire filing fee; and dismiss this action.

The time allotted in the order for submission of the filing fee or the necessary pauper documents has now passed, but the plaintiff has failed to respond or comply with the order.

Accordingly, the plaintiff is **ASSESSED** the civil filing fee of two-hundred and fifty dollars ($250.00), and this action is **DISMISSED WITH**

**PREJUDICE** for want of prosecution pursuant to Rule 41(b) of the *Federal Rules of Civil Procedure*. *McGore v. Wrigglesworth*, 114 F.3d 601, 605 (6th Cir. 1997).

**ENTER**:

s/J. RONNIE GREER  
UNITED STATES DISTRICT JUDGE